IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ADAM L. REESE, :
    Plaintiff,
  v. : Case No. 3:19-cv-297
COMMISSIONER OF SOCIAL SECURITY, : JUDGE WALTER H. RICE
    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13); VACATING COMMISSIONER'S NON-DISABILITY FINDING; REMANDING CASE UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; TERMINATION ENTRY

---

On June 26, 2020, United States Magistrate Judge Michael J. Newman issued a Report and Recommendations, Doc. #13, recommending that the Court vacate the Commissioner's non-disability finding as unsupported by substantial evidence, and remand the case under Sentence Four of 42 U.S.C. § 405(g) for further proceedings.  Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Based on the reasoning and citations of authority set forth in the Report and Recommendations, Doc. #13, as well as upon a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing and VACATES the Commissioner's non-disability finding. This matter is REMANDED to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendations.

Judgment shall be entered in favor of Plaintiff and against Defendant.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: July 13, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE